**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**PAUL CLARK VALMAIN**                                                              **PLAINTIFF**

vs.                                                     **CIVIL ACTION NO. 4:12-CV-204 HTW-LRA**

**STATE OF MISSISSIPPI, ET AL**                                        **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, this the 30th day of September, 2013.**

                                                       **s/ HENRY T. WINGATE**
                                                       **UNITED STATES DISTRICT JUDGE**